UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────X
ALEX C. ALEXANDROU,

              Plaintiff,

  -against-                                    <u>CIVIL JUDGMENT</u>

PROVIDIAN BANK,                           04-CV-05660 (DLI)

              Defendant.
───────────────────────────────X

ALEX C. ALEXANDROU,

              Plaintiff,
  -against-

DISCOVER,                                   04-CV-05661 (DLI)

              Defendant.
───────────────────────────────X
ALEX C. ALEXANDROU,

              Plaintiff,
  -against-

CROSS COUNTRY BANK,            04-CV-05662 (DLI)

              Defendant.
───────────────────────────────X

ALEX C. ALEXANDROU,

              Plaintiff,
  -against-

DIRECT MERCHANTS BANK,         04-CV-0XXX (DLI)

              Defendant.
───────────────────────────────X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 02 2005 ★
BROOKLYN OFFICE

Pursuant to the Order issued today by the undersigned consolidating and dismissing the actions for lack of subject matter jurisdiction, it is,

**ORDERED, ADJUDGED AND DECREED:** That the complaints are hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from the Court's order would not be taken in good faith.

DORA L. IRIZARRY
United States District Judge

Dated: Brooklyn, New York
July 29, 2005